# Memorandum and Order



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| Judgment and Sentencing<br>United States v. Bernardo Laredo<br>2:10-CR-299 EJG | November 1, 2012 |
| To<br>Colleen Lydon Courtroom Clerk for the<br>Honorable Edward J. Garcia | From<br>Daniel S. McConkie<br>Assistant United States Attorney |

    The parties in the above referenced case respectfully ask the Court to reschedule the Judgment and Sentencing hearing, of James Howard Redmill, currently scheduled for November 2, 2012, for the further preparation of the parties. The parties have agreed to February 15, 2013, as the new date for the defendant's sentencing.

    If you have any questions, please contact me at 916-554-2725.

    X  Approved

    __ Not approved

DATE: November 2, 2012

EDWARD J. GARCIA
UNITED STATES SENIOR JUDGE

**FILED**

NOV 02 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK