BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00299-WBS |
| Plaintiff, | STIPULATION REQUESTING THAT THE MATTER BE SET FOR A CHANGE OF PLEA |
| v. | DATE: September 30, 2013, |
| BERNARDO LAREDO | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Trial Confirmation on September 30, 2013, and Jury Trial on October 22, 2013.

2. By this stipulation, the parties now request that the matter be set for a Change of Plea Hearing on September 16, 2013, at 9:30 a.m.

///

///

///

///

///

STIPULATION RE: CHANGE OF PLEA HEARING         1

**IT IS SO STIPULATED.**

Dated: September 10, 2013     BENJAMIN B. WAGNER
                              United States Attorney


                               /s/ JUSTIN L. LEE
                              JUSTIN L. LEE
                              Assistant United States Attorney


Dated: September 10, 2013      /s/ MICHAEL HANSEN
                              MICHAEL HANSEN
                              Counsel for Defendant


**ORDER**

    IT IS SO ORDERED.

Dated: September 11, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2