CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
BERNARDO LAREDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 10-299 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| BERNARDO LAREDO, | DATE:   October 21 2013<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant BERNARDO LAREDO, , that the status conference scheduled for October 21, 2013, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on December 30, 2013, at 9:30 a.m. for further status conference and anticipated change of plea.  Defense counsel was appointed to this case on September 23, 2013, and has since identified issues to be addressed prior to resolution.  Defense will require additional time to address said issues and confer further with Mr. Laredo.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

1
2  DATED:       October 17, 2013          /S/     Justin Lee_____
3                                         JUSTIN LEE
                                          Attorney for Plaintiff
4
                                          /S/     Clemente M. Jiménez_____
5                                         CLEMENTE M. JIMÉNEZ
                                          Attorney for BERNARDO LAREDO
6
7
8
9
                                    **ORDER**
10

11  IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled
12  for October 21, 2013, at 9:30 a.m., be vacated and the matter continued to this court's
13  criminal calendar on December 30, 2013, at 9:30 a.m. for further status conference and
14  possible change of plea.  The Court finds that time under the Speedy Trial Act shall be
15  excluded through that date in order to afford counsel reasonable time to prepare.  Based
16  on the parties' representations, the Court finds that the ends of justice served by granting
17  a continuance outweigh the best interests of the public and the defendants to a speedy
18  trial.

19  Dated:  October 18, 2013

20                                         _____
                                           WILLIAM B. SHUBB
21                                         UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28