CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
BERNARDO LAREDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARDO LAREDO,<br><br>    Defendant. | Case No.: 10-299-01 WBS<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:   July 21, 2014<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant BERNARDO LAREDO, that the sentencing hearing scheduled for July 21, 2014, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on August 11, 2014, at 9:30 a.m. for judgment and sentencing. Defense counsel anticipates filing objections and a sentencing memorandum. Consequently, after consulting with US Probation, the parties propose the following briefing schedule:

Objections due:  7/14/14

Final PSR due:  7/21/14

Motion for Correction:  7/28/14

Reply, or Non-Opposition:  8/4/14

J&S:  8/11/14

DATED:   July 9, 2014                                         /S/     Justin Lee_____

10cr299-01 Laredo - Stip to Cont Sentg                - 1 -
07/11/14

                    JUSTIN LEE
                    Attorney for Plaintiff


/S/     Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for BERNARDO LAREDO

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for July 21, 2014, at 9:30 a.m., be vacated and the matter continued to August 11, 2014, at 9:30 a.m. for judgment and sentencing.

Dated:  July 11, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE